# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2013

147717

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

IMARI KUUMBE CALHOUN,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147717
COA: 313107
Wayne CC: 07-024402-FC

_____/

      On order of the Court, the application for leave to appeal the August 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

p1118